UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| FORE FATHERS APPAREL LLC | |
|---|---|
| Plaintiff, | **S U M M O N S** |
| v. | Court No.: 24-00204 |
| UNITED STATES, Defendant. | |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 4197 | Center (if known): | |
|---|---|---|---|
| Protest Number: | 419724107604 | Date Protest Filed: | 01/25/2024 |
| Importer: | FORE FATHERS APPAREL LLC | Date Protest Denied: | 05/21/2024 |
| Category of Merchandise: | Apparel Products (Men's and Boys' shirts) | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| AEK33162874 | 04/20/2023 | 09/08/2023 | AEK35215225 | 05/28/2023 | 09/08/2023 |
| AEK33540400 | 04/27/2023 | 09/08/2023 | | | |
| AEK37742994 | 07/16/2023 | 09/08/2023 | | | |
| AEK34976108 | 05/24/2023 | 09/08/2023 | | | |

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | N/A | N/A |
| Protest Claim: | N/A | N/A |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Apparel (Men's and boys' shirts of man-made fibers) | Men's Shirt - 6105.20.2010<br><br>Boys' Shirt - 6105.20.2020 | 32%<br><br>32% | Men's Shirt - 6105.20.2010<br><br>Boys' Shirt - 6105.20.2020 | 0% for both men's and boys' shirt due to U.S. - Korea FTA applicability |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Please see attached.

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Lawrence W. Hanson
*Signature of Plaintiff's Attorney*

11/13/2024
*Date*

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 419724107604 | 1/25/2024 | 5/21/2024 | AEK33162874 | 04/20/2023 | 09/08/2023 | 4197 |
| 419724107604 | 1/25/2024 | 5/21/2024 | AEK33540400 | 04/27/2023 | 09/08/2023 | 4197 |
| 419724107604 | 1/25/2024 | 5/21/2024 | AEK37742994 | 07/16/2023 | 09/08/2023 | 4197 |
| 419724107604 | 1/25/2024 | 5/21/2024 | AEK34976108 | 05/24/2023 | 09/08/2023 | 4197 |
| 419724107604 | 1/25/2024 | 5/21/2024 | AEK35215225 | 05/28/2023 | 09/08/2023 | 4197 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

# Other

**State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:**

U.S. Customs and Border Protection ("Customs") denied the original protest submitted on behalf of Fore Fathers Apparel LLC ("Fore Fathers") by its Customhouse Broker seeking claim for Korea-U.S. Free Trade Agreement ("KORUS").

Prior to the retention of the undersigned, the administrative protest was prepared and submitted by DHL. However, the protest lacked the necessary context and sufficient explanation regarding the applicability of KORUS, which would have enabled Customs to properly evaluate the claim for preferential treatment on imported men's and boys' shirts made of man-made fiber and classified under the Harmonized Tariff Schedule of the United States ("HTSUS") classification of 6105.20.2010 and 6105.20.2020. Consequently, Customs incorrectly assessed the ordinary duty rate of 32% on the imported shirts, which should have been duty free under the KORUS preferential treatment claim.